In the Matter of DANIEL T.-H. ALISON KAMHI, Respondent, et al., Respondents. WESTCHESTER COUNTY COMMISSIONER OF SOCIAL SERVICES, Nonparty Appellant.

Submitted April 18, 2011; decided June 14, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

PHILLIP JOHNSON, Appellant, v NORMAN R. BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted April 11, 2011; decided June 14, 2011

Motion for leave to appeal dismissed upon the ground that this motion does not properly lie to the Court of Appeals directly from the judgment of Supreme Court (*see* CPLR 5602).